No. 852. Busó et al. *v.* Busó et al.—Appeal from the District Court of Humacao. Motion to dismiss appeal. Decided May 20, 1912. Motion overruled. *Messrs. Alvarez Nava* and *Domínguez* for the moving party. *Messrs. López Landrón, Rincón* and *Francis* for adverse party.

---

No. 811. Cautiño, et al. *v.* Muñoz et al.—Appeal from the District Court of Guayama. Motion to dismiss appeal. Decided May 20, 1912. Motion overruled. *Messrs. Cayetano Coll y Cuchí, Herminio Díaz Navarro* and *Eduardo Cautiño* for appellants. *Messrs. José Tous Soto, José C. Ramos* and *Pedro Gómez* for respondents.

---

No. 859. Borrás *v.* Borrás et al.—Appeal from the District Court of Ponce. Motion to withdraw appeal. Decided May 20, 1912. Appeal withdrawn by appellant. *Mr. Luis Mendín* for appellant. *Mr. José A. Poventud* for respondents.

---

No. 244. Ex Parte Martínez.—Motion to approve notarial surety bond furnished by the National Surety Company on May 14, 1912. Decided May 20, 1912. Bond approved. The petitioner appeared *per se.*

---

No. 796. Jesús *v.* Succession of Villamil.—Appeal from the District Court of San Juan, Section 1. Decided May 22, 1912. Judgment appealed from affirmed on the grounds given in the opinion of this court in case No. 799, *Jesús* v. *Succession of Villamil,* decided May 22, 1912. *Messrs. Augusto Malaret* and *José G. Torres* for appellant. *Messrs. Bosch and Soto* for respondents.